| | |
|---|---|
| | |

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JON HUMES, | No. 2:18-cv-0351-EFB P |
| Plaintiff, | |
| v. | ORDER |
| SALT LAKE CITY, UTAH, | |
| Defendant. | |

Plaintiff is a county jail inmate proceeding without counsel in an action brought under 42 U.S.C. § 1983. He asserts claims arising out of events that occurred in Salt Lake City, Utah.

The federal venue statute provides that a civil action "may be brought in (1) a judicial district in which any defendant resides, if all defendants are residents of the State in which the district is located, (2) a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of property that is the subject of the action is situated, or (3) if there is no district in which an action may otherwise be brought as provided in this action, any judicial district in which any defendant is subject to the court's personal jurisdiction with respect to such action." 28 U.S.C. § 1391(b).

In this case, the defendant is located in and the claims arose in Utah. Venue, therefore properly lies in the United States District Court for the District of Utah. For the convenience of the parties and witnesses and in the interests of justice, this case will be transferred to the District of Utah. *See* 28 U.S.C. § 1391(b); 28 U.S.C. § 125.

1

Accordingly, IT IS HEREBY ORDERED that this case is transferred to the United States District Court for the District of Utah. *See* 28 U.S.C. § 1406(a).

Dated: February 20, 2018.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE